# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:10cr00160 |
| vs. | : | District Judge Timothy S. Black |
| JOSEPH HAMILTON, | : | Magistrate Judge Sharon L. Ovington |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations (Doc. #8) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on September 29, 2010 (Doc. #8) is ADOPTED in full;
2. Defendant's plea of guilty to Count 1 of the Information is ACCEPTED, and Defendant is found guilty as charged in such Count of Conversion of Money of the United States in violation of 18 U.S.C. §641; and

3.     The conditions of Defendant's pretrial release are continued pending the United States Probation Department's issuance of a pre-sentence investigation report.

*Timothy S. Black*
Timothy S. Black
United States District Judge